UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH MICHAEL CASTILLO, | No. 2:25-cv-02116-DAD-CSK (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| APRIL WOODSON, | |
| Defendant. | (Doc. Nos. 2, 4) |

Plaintiff Jeremiah Michael Castillo is proceeding *pro se* in this civil action which he initiated by the filing of the original complaint in this court on July 29, 2025. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without leave to amend for failing to state a cognizable claim for relief. (Doc. No. 4.) Specifically, the magistrate judge found that plaintiff's claims against defendant Woodson were barred by quasi-judicial immunity, that there is no private cause of action under some statutes cited in plaintiff's complaint, and that plaintiff's complaint otherwise failed to comply with Federal Rule of Civil Procedure 8 by not containing a short and plain statement of his claim. (*Id.* at 5–8.) The magistrate judge also recommended that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) be denied on the basis that the

1

underlying complaint is frivolous.   (Doc. No. 4 at 2–3.)  The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 8.)  To date, plaintiff has filed no objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.      The findings and recommendations issued on September 29, 2025 (Doc. No. 4) are ADOPTED in full;

2.      This action is DISMISSED without leave to amend;

3.      Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED; and

4.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 25, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2